**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| FRANK M. PECK, | ) | 2:12-CV-01495-GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| JAMES G. COX, et al., | ) | |
| Defendant. | ) | |

This is an action on a civil rights complaint pursuant to 42 U.S.C. § 1983 brought by plaintiff, who is in the custody of the Nevada Department of Corrections. The complaint was screened and the action was stayed for purposes of the Inmate Mediation Program on February 19, 2013. Since that time plaintiff has filed a number of motions, to which defendants have responded. *See e.g.* ECF Nos. 19, 29 and 30. Moreover, plaintiff appears to have obtained and served summonses upon defendants that have been dismissed from the action. *See* ECF No. 32.

While an action is stayed, the parties may not continue to litigate the matter. Therefore, all pending motions shall be denied without prejudice. The Clerk shall be advised to not accept any additional motions or other filings in the action until the report from the Attorney General relating the outcome of the pending mediation, currently set for May 10, 2013, is submitted.

**IT IS THEREFORE ORDERED** that all pending motions, including ECF Nos. 19, 29 and 30 are **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that this action remains **STAYED**. The Clerk shall not issue summonses or accept for filing any executed summonses or other motions, notices or documents from

plaintiff until such time as the Attorney General files the report of the outcome of the mediation and the Court issues its Order on the application to proceed in *forma pauperis* and directs service upon the respondents.

**IT IS SO ORDERED**.

DATED: April 30, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2