1

2

3

4
**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

5

6

7

8  FRANK M. PECK,                        )        2:12-CV-01495-GMN-PAL
                                         )
9            Plaintiff,                  )
                                         )        **ORDER**
10      vs.                              )
                                         )
11  JAMES G. COX, et al.,                )
                                         )
12           Defendant.                  )
                                         )
13

14        This is an action on a Civil Rights Complaint pursuant to 42 U.S.C. § 1983, removed from state

15  court (ECF No. 1).  The complaint was previously screened by the Court (ECF No. 17).  The matter shall

16  now proceed.

17        **IT IS ORDERED** as follows:

18        1.    The Clerk shall electronically **SERVE** a copy of this order, the court's original screening

19              order and a copy of plaintiff's complaint on the Office of the Attorney General of the State

20              of Nevada, attention Pamela Sharp.

21        2.    The Attorney General's Office shall within **twenty-one (21) days** of the date of the entry

22              of this order file a notice advising the court and plaintiff of: (a) the names of the

23              defendants for whom it accepts service; (b) the names of the defendants for whom it does

24              not accept service, and (c) the names of the defendants for whom it is filing

25              last-known-address information under seal.  As to any of the named defendants for whom

26              the Attorney General's Office cannot accept service, the Office shall file, under seal, the

27              last known address(es) of those defendant(s) for whom it has such information.

28

3.   If service cannot be accepted for any of the named defendant(s), plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, plaintiff shall provide the full name and address for the defendant(s).

4.   If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint within **sixty (60) days** from the date of this order.

5.   Henceforth, plaintiff shall serve upon defendant(s) or, if an appearance has been entered by counsel, upon their attorney(s), a copy of every pleading, motion or other document submitted for consideration by the Court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants.  If counsel has entered a notice of appearance, the plaintiff shall direct service to the individual attorney named in the notice of appearance, at the address stated therein.  The Court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service.

**IT IS SO ORDERED.**

DATED:   May 23, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

2